# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**DESIREE MCCOY,**

      **Plaintiff,**

      vs.                           CIV. NO. 2:20-cv-01043-KRS

**KILOLO KIJAKAZI,**
**Acting Commissioner of**
**Social Security,**

      **Defendant.**

## ORDER

Upon consideration of Defendant's Second Unopposed Motion for Extension of Time to File Response Brief (Doc. 29), the Court, having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant has until November 26, 2021, to file a response brief or otherwise respond to Plaintiff's brief, and Plaintiff has until December 10, 2021, to file a reply, if any.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

SUBMITTED AND APPROVED BY:

*Filed Electronically 10/27/21*
STEVEN W. MARTYN
Special Assistant United States Attorney

*Electronically Approved 10/27/21*
KATHERINE HARTUNG O'NEAL
Attorney for Plaintiff