IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DESIREE MCCOY,**
       **Plaintiff,**

vs.                        CIV NO. 2:20-cv-01043-KRS

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**
       **Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for Third Extension of Time to File Response Brief (Doc. 33), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until December 17, 2021, to file a response, and Plaintiff shall have until January 3, 2022, to file a reply.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

SUBMITTED AND APPROVED BY:

*Filed Electronically 11/24/21*
JESSICA MILANO
Special Assistant United States Attorney

*Electronically Approved 11/24/21*
KATHERINE H. O'NEAL
Attorney for Plaintiff