**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**DESIREE MCCOY,**

       **Plaintiff,**

  **v.**

                                       **CIV. NO. 1:20-cv-01043 KRS**

**KILOLO KIJAKAZI,**
 **Acting Commissioner of Social Security,**

       **Defendant.**

**<u>ORDER</u>**

On consideration of Defendant's Unopposed Motion for Remand to Agency pursuant to Sentence Four of 42 U.S.C. § 405(g) (ECF No. 35), the Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), and REMANDS the case to the Commissioner for further administrative proceedings.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Submitted by:

      FRED J. FEDERICI
      United States Attorney

      /s/ Noah Schabacker
      NOAH SCHABACKER
      Special Assistant United States Attorney
      Office of the General Counsel
      Social Security Administration
      1961 Stout Street, Suite 4169
      Denver, CO 80294-4003
      303.844.6232
      noah.schabacker@ssa.gov

      ATTORNEYS FOR DEFENDANT

Reviewed and Approved by:

      /s/ Katherine H. O'Neal[1]
      KATHERINE H. O'NEAL
      Michael Armstrong Law Office, LLC
      220 Adams St. SE, Suite B
      Albuquerque, NM 87108
      Phone: (505) 890-9056
      Fax: (505) 266-5860
      Kate.oneal01@michaelarmstronglaw.com

      ATTORNEY FOR PLAINTIFF

---

[1] On December 14, 2021, by email message, Ms. O'Neal authorized Mr. Schabacker to electronically sign this proposed order on her behalf.