IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DESIREE MCCOY,**

    **Plaintiff,**

vs.                                  CIV. NO. 1:20-cv-01043 KRS

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**

    **Defendant.**

## **JUDGMENT**

Having granted Defendant's Unopposed Motion to Remand to Agency in an order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

**IT IS SO ORDERED.**

                                             UNITED STATES DISTRICT JUDGE